ALAN ADELMAN, ESQ.   BAR NO:  170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor
Union Square
San Francisco, California  94108
Telephone:  (415) 956-1360
Facsimile:  (415) 625-1339

ELIZABETH S. MANCL, ESQ.   BAR NO: 191844
Attorney at Law
508 Forbes Avenue, 2nd Floor South
Yuba City, California 95991
Telephone: (530) 751-1695
Facsimile:  (530) 751-2384

Attorneys for Plaintiff

MATHENY SEARS LINKERT & JAIME, LLP
Michael A. Bishop, Esq. (SBN 105063)
3638 American River Drive
Sacramento, California 95864

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS L. DOMINGUEZ, | **CASE NO:** 2:09-CV-02710-JAM-GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | **[F.R.C.P. 41(a)(1)(ii)]** |
| TERRA NOVA COUNSELING, | |
| Defendant. | |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii)of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]
CASE NO. 2:09-CV-02710-JAM-GGH

DATED: January 5, 2011          LAW OFFICE OF ELIZABETH S. MANCL


By:   /s/ Elizabeth S. Mancl
                                       Elizabeth S. Mancl
                                       Attorneys for Plaintiff



Dated:   January 5, 2011          MATHENY SEARS LINKERT & JAIME, LLP


By:     /s/ Michael A. Bishop
                                       MICHAEL A. BISHOP
                                       Attorneys for Defendant



**IT IS SO ORDERED.**


Dated: 1/5/2011                   /s/ John A. Mendez
                                  UNITED STATES DISTRICT COURT

**STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]**
**CASE NO. 2:09-CV-02710-JAM-GGH**          2